AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
v.

FRANK R. BOWMAN, JR.

## CRIMINAL COMPLAINT

CASE NUMBER: 04-_m j 0066-LPC_

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 19, 2004__ in __Middlesex__ County, in the _____ District of __Massachusetts__ defendant, (Track Statutory Language of Offense)

By force and violence and by intimidation, took from the person and presence of employees of Citizen's Bank, money belonging to and in the custody, control, management, and possession of Citizen's Bank, a federally insured financial institution, and did assault and put in jeopardy the lives of other persons by the use of a dangerous weapon and device, to wit, a gun,

in violation of Title __18__, United States Code, Section(s) __2113(a) and (d)__ ;

I further state that I am a(n) __Special Agent, Federal Bureau of Investigation__ and that this complaint is based on the following facts:
            Official Title

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
Robert Rice

Sworn to before me and subscribed in my presence,

Special Agent, Federal Bureau of Investigation
United States Department of Justice

__September 24, 2004__ at __Boston, Massachusetts__
Date                                                   City and State

HON. Lawrence P. Cohen,    United States Magistrate Judge
Name & Title of Judicial Officer           Signature of Judicial Officer

## AFFIDAVIT

I, Robert Rice, having been duly sworn, do hereby depose and say:

1. My name is Robert Rice and I am a Special Agent of the Federal Bureau of Investigation ("FBI") and have been so employed for approximately six months. I am currently assigned to the Boston Division of the FBI at Boston, Massachusetts. I am currently assigned to the Boston Bank Robbery Task Force ("Task Force"), which is comprised of personnel of the FBI, the Massachusetts State Police and the Boston and Cambridge Police Departments.

2. In addition to my own training and experience, I have drawn from that of my fellow case agents, Special Agent Gary S. Cacace, who has been in the FBI for approximately thirteen years and has worked bank robbery investigations for approximately seven years; and Special Agent Geoffrey J. Kelly, who has been in the FBI for almost nine years and has worked bank robbery investigations for over three and one half years.

3. I am aware that Title 18 of the United States Code, Section 2113(a) makes it a crime for anyone to use force and violence, or intimidation, to take money belonging to or in the care, custody, control, management, possession of any federally insured bank. I am also aware that Title 18 of the United States Code, Section 2113(d) makes it a crime for anyone to assault any person, or put in jeopardy the life of any person by the use of a dangerous weapon or device while in violation of Title 18 of the United States Code, Section 2113(a). I am also aware that Title 18 of the United States Code, Section 924(c) makes it a crime for any person who, during and in relation to any crime of violence or drug trafficking crime for which the person may be prosecuted in a court of the United States, uses or carries a firearm, or who, in furtherance of any such crime, possesses a firearm. Having so said, I make this affidavit in support of a criminal

complaint charging Frank R. Bowman Jr. with the armed robbery of the Citizen's Bank branch located at 876 Main Street in Malden, Massachusetts on Thursday, August 19, 2004 at approximately 3:15 p.m., as well as using a firearm during and in relation to that robbery.

4. Through investigation, I know that the deposits of Citizen's Bank are insured by the Federal Deposit Insurance Corporation ("FDIC").

5. The facts stated herein are based on my own personal involvement in this investigation, and my discussions with other law enforcement officers also involved in the investigation. In submitting this affidavit, however, I have not included each and every fact known to me about the investigation, but only those facts which I believe are sufficient to establish the requisite probable cause.

6. As part of the investigation of the robbery of Citizens Bank, 876 Main Street, Malden, Massachusetts ("the bank"), on August 19, 2004, Special Agents from the Task Force interviewed several victims and witnesses and learned the following:

    a) A witness outside of the bank who, at a time just prior to the robbery, observed a black Jeep Wrangler (the "Jeep") parked in front of the entrance to the bank and noticed that the Jeep was parked so that the passenger side was facing the bank entrance. The witness then observed an unknown individual dressed in black clothing, wearing a black hood or mask exit the Jeep from the passenger side. The witness further observed what she believed to be a black, military style rifle in the individual's hand. The witness then observed a second unknown individual exit the Jeep from the passenger side. The second individual was also dressed in black clothing, and was also wearing a hood or mask. The witness believed the second individual was also carrying a black rifle. The witness observed the two individuals enter the bank, then

observed one of the two masked individuals running from the bank. The witness also observed a third unknown individual in the driver's seat of the Jeep. She described the driver as a white male with light to medium complexion, in his mid to late twenties, and with brown hair. Subsequent to this observation, the witness observed the Jeep exit the parking lot of the bank. The witness then provided bank employees and members of the Task Force with this description of what she observed, including a Massachusetts license plate registration number of "8443X," with a further character possibly being an "L," and which the witness observed as having been affixed to same Jeep.

    b)   A second witness who was also outside of the bank observed a black Jeep pull up to the bank and further observed two unidentified males, in dark clothing and masks, enter the bank. The witness observed that both men appeared to be armed with machine-gun style weapons. The second witness thereafter observed the Jeep leave the bank's parking area..

    c)   A third witness who was exiting the bank observed a black Jeep outside of the bank, and two unidentified males exiting the Jeep. The witness observed that both males were wearing masks and one was carrying a gun.

    d)   A fourth witness, who was then entering the bank, observed a black Jeep, being operated by a white male, pull up in front of the bank. While inside the bank, he observed a male carrying a large rifle, who yelled "get down, you won't get hurt."

    e)   A teller, who was working at station number one, observed two unidentified males enter the bank. She observed that one male was wearing what initially appeared to be some sort of mask and the second male was wearing sunglasses and a face mask. The males approached the teller and told her to "give us the large bills." The teller emptied her drawer onto

the counter and then ducked underneath the counter.

   f)   A second teller, who was working at station number three, observed two unidentified males enter the bank. She observed that the first male was white, wore a mask, and was carrying a gun and that the second male was white, wore sunglasses and a mask, and was carrying a bag. She observed that the males approached the teller, and that one pointed the gun at her, and verbally demanded all of her large bills. The teller then emptied her drawer onto the counter.

   g)   A third teller, who was at station number four, observed two unidentified males of unknown race enter the bank. She observed that one male was wearing a mask and carrying a gun, and the other male was wearing sunglasses and a face mask. The males told her to give them all of her large bills, which she did.

   h)   A fourth teller, who was at station number six, observed two unidentified males of unknown race enter the bank and that both males were wearing black clothing. One male was wearing a mask and carrying a gun, while the other male wore sunglasses and a face mask, and carried a bag. This teller observed that the males approached her and ordered her to give them all of her large bills. She then emptied her drawer onto the counter.

   i)   A fifth teller, who was at station number five, observed two unidentified males enter the bank, one of whom was wearing a mask and carried a large gun, while the other wore sunglasses and a face mask. This teller observed that both males went to each teller and demanded large bills. One of the males then yelled at the tellers and pointed his gun at them. The second male yelled at the tellers and put the money in his bag. When the males got to the fifth teller, she gave them all of the money from her drawer and included a dye-pack in the money she

-4-

provided to the robbers.

j) Two witnesses, who were inside of the bank, observed two unidentified males armed with guns enter the bank. Both males were screaming "get down, you won't get hurt." Both witnesses then laid down on the floor.

k) Two other witnesses, who were also inside of the bank, heard someone shout "everyone stay fucking quiet and stay down!" They then heard the same individuals shout "give us all of your large bills." They then turned and observed two individuals wearing masks, one armed with what appeared to be a shotgun, and one armed with what appeared to be a handgun.

7. Subsequent to the robbery, an audit was conducted by Citizen's Bank (in accordance with its robbery response procedures) and revealed that twenty-six thousand, six hundred and sixty four dollars, and sixty eight cents ($26,664.68) was taken from the bank during the robbery.

8. An investigator from Citizens Bank provided police with a CD-ROM containing digital, video imagery from the bank surveillance cameras. The video imagery shows two unidentified males entering the bank at approximately 3:12 p.m. on August 19, 2004, and clearly shows one of the males carrying what appears to be an assault rifle and the other with a black duffel bag. Both males are dressed in black clothing and white sneakers. The video imagery shows that the males exited the bank at approximately 3:13 p.m. The video imagery then shows the Jeep leaving the parking lot at 3:13 p.m.

9. An additional witness, who was driving on the Fellsway in Melrose, Massachusetts, called the Melrose Police Department at approximately 3:20 p.m. to report that he saw two unidentified males running from the Fellsview Terrace Condominiums, cross the street, and enter a wooded area. He observed that one of the males had a black duffel bag and that both males

appeared to have other items stuffed under their shirts and in their pants. The witness then waited for the arrival of responding police officers and showed responding officers where the males had entered the wooded area. The officers then conducted a brief search of the area nearby and located a black Jeep bearing Massachusetts license plates, "8443XI." The Jeep was located in the Fellsview Terrace parking lot. An initial investigation at the scene by officers revealed the following: the Jeep had previously been reported stolen, the two passenger side tires were flat, and two twenty dollar bills in the rear of the Jeep appeared to have red dye on them.

10. An additional witness who was then near Stoneham High School observed a black Hyundai parked nearby with an unidentified male in the driver's seat. He then observed two unidentified white males exiting the woods behind the high school and walking quickly towards the parked Hyundai. The first male was wearing white shorts but no shirt and appeared to be approximately six feet tall and appeared to weigh approximately one hundred and eighty-five to one hundred and ninety-five pounds. The male appeared to have had significant tattooing on his right shoulder and it appeared that his shorts were filled with something. As the first male exited the woods he waved at this witness. The second male was also wearing shorts that appeared to be filled with something and had his hands inside of his shorts. The second male appeared to be approximately five feet and nine inches tall and appeared to weigh approximately one hundred and sixty-five to one hundred and seventy-five pounds. This witness observed that paper money that appeared to be dyed red fell out of the second male's shorts onto the ground. The two males walked directly to the Hyundai that was parked nearby and entered it. The vehicle remained parked for approximately one to two minutes and then drove away. The witness followed the car onto Franklin Street and noticed a fourth male in the vehicle. Responding police officers arrived

on scene, executed a motor vehicle stop, and placed the four males into custody.

11.   After placing the four suspects (later identified as Mark F. Marchese, a juvenile, Torossi Wagner, and Edson Da Silva Mendes) in custody, police officers found a substantial amount of money (one bag containing approximately $4,764.00 and another bag containing approximately $6,543.00) in the possession of the juvenile and which appeared to be damaged by the explosion of a dye pack. While placing Mark F. Marchese under arrest, officers noticed that his clothes were stained with red dye and further contained a substantial amount of money (approximately $11,965.00) which was also stained with red dye.

12.   Responding Police Officers subsequently searched areas in the vicinity of the Stoneham High School and recovered the following items of evidence: approximately twenty-six dollars recovered from a path behind Stoneham High School and one black duffel bag recovered from the woods behind Stoneham High School. An additional search of the nearby wooded area conducted on August 20, 2004, resulted in the recovery of the following: approximately thirty-one dollars, a pair of discarded sunglasses, a mask with the outlines of a skeleton on the front of it, a black and white face mask, a long sleeve black t-shirt, a long sleeve grey t-shirt, a black sweatshirt, black pants, and blue coveralls. Police officers also recovered a Chinese-made Norinco assault-style firearm, Model SKS, bearing serial number 9211689. The firearm had one round in the chamber and had six rounds remaining in a twenty round magazine.

13.   Subsequent to his/her arrest on August 19, 2004, the juvenile was advised of his/her Miranda rights, verbally waived those rights, and was then interviewed by members of the Task Force. The juvenile was interviewed a second time by me on August 26, 2004 with counsel present. The juvenile provided the following facts during these two interviews:

a) Prior to the bank robbery, an individual whom the juvenile knew primarily as "Bo" instructed the juvenile to go meet Mark F. Marchese because he had "a job" he wanted to do. The juvenile met with Marchese and they drove in the stolen Jeep to the residence of Bo, where they met with Bo and another male known to the juvenile as "Razor Ramone." The juvenile described Bo's residence as a white, two-story house, located on the right hand side of a street off of Main Street in Everett, Massachusetts. All four individuals entered Bo's residence and discussed the details of the robbery. The juvenile stated that one of the men brought out a rifle and handed it to Marchese. Bo showed Marchese how to load the rifle. Bo had purchased the rifle and planned to use funds acquired from the robbery to pay for it. When the four individuals exited the house, Marchese and the juvenile got in the Jeep, while Bo and Razor Ramone got into a red station wagon (the same station wagon in which the juvenile had changed his clothes prior to the robbery). The juvenile also described the station wagon as having a rounded back. They followed Bo and Razor Ramone to the Red Stone Shopping Plaza, located on Route 28 in Stoneham, Massachusetts. At the shopping plaza, Marchese and the juvenile changed clothing in preparation for the bank robbery. Marchese, Bo, and the juvenile got into the stolen Jeep and drove to the bank (with Bo driving the Jeep). Razor Ramone stayed with the red station wagon at the shopping plaza in Stoneham. The juvenile stated that after the robbery, they had planned to drive back to Stoneham and switch from the Jeep to the red station wagon and that the four had intended to make their escape in this vehicle.

b) Marchese, Bo, and the juvenile drove to the Citizen's Bank branch located at 876 Main Street in Malden, Massachusetts, during which time Bo became scared and wanted to back out of the robbery, having observed a police officer in Malden on the way to the bank.

Marchese convinced Bo to continue with the plan and the three individuals proceeded to the bank. Upon arrival at the bank, the juvenile and Marchese exited the Jeep and donned facial coverings, while Bo remained in the parked, running Jeep.

c) After robbing the bank, the two returned to the Jeep where Bo was waiting to drive it away and fled the area with Bo driving. While fleeing in the Jeep, a dye pack, apparently provided to them by a teller, blew up in his/her face, which caused the car to fill up with tear gas-laden smoke.

d) Bo quickly stopped the Jeep and all three individuals exited the vehicle. Marchese and the juvenile ran into the backyard of a nearby house where they removed the clothing that they had worn during the robbery. Marchese and the juvenile returned to the Jeep with their clothes and found that Bo had fled, apparently on foot.

14. During the second interview with the juvenile, he/she was shown a non-suggestive photo array consisting of six individuals; one of the photographs depicted an individual named Frank R. Bowman Jr. The juvenile, without hesitation, positively identified the picture of Bowman as the individual he knew as Bo.

15. I then conducted a surveillance in the area of 19 Waters Avenue in Everett, Massachusetts, which is Bowman's residence. In my opinion, this residence fits the description of the actual location and physical characteristics of Bo's residence, as it was described by the juvenile. I observed a red Ford Taurus station wagon parked in front of the same residence and conducted a registration check of the vehicle's Massachusetts license plates and determined that it was registered to "Mary E. Bowman," who resides at the same address. I conducted a query of Massachusetts Registry of Motor Vehicles records and determined that on August 19, 2004,

within thirty minutes of the robbery, a Stoneham, Massachusetts police officer had queried the license plate number of this vehicle while it was located in the Red Stone Shopping Plaza on Route 28 in Stoneham. This vehicle had been observed driving suspiciously through the parking lot of the shopping plaza for approximately thirty minutes prior to the officer conducting the registration check. While conducting this surveillance, I observed a white male who fit the physical description provided by the juvenile of Frank R. Bowman, Jr., exit the residence.

16. On September 21, 2004, myself and other FBI agents attempted to interview Bowman in front of his residence. Bowman was advised that he was being questioned regarding his participation in and knowledge of the aforementioned bank robbery.

17. Bowman initially denied any involvement in the bank robbery. After he was presented with specific facts regarding the case, including incriminating statements made against him by the juvenile, Bowman stated that he had made "some bad decisions lately" and would have to live with the consequences because he did not want to "rat" on anyone. Bowman further stated that he was not afraid of the individuals who sold him the rifle but that he was afraid of Marchese and Razor Ramone.

18. Bowman was asked to cooperate with the investigation but stated that he needed time to make such a decision. Bowman was advised that he could be facing a lengthy prison sentence for his participation in the robbery, to which he replied, "Twenty years or a bullet in my head; I guess I will take my chances out here."

19. Based on the foregoing, I believe that probable cause exists to believe that on August 19, 2004, Frank R. Bowman Jr., by force and violence, or by intimidation, took from the person and presence of employees of Citizen's Bank, money belonging to and in the custody,

control, management, and possession of Citizen's Bank, a federally-insured financial institution, and that in so doing, Frank R. Bowman Jr. did assault and put in jeopardy the lives of other persons by the use of a dangerous weapon and device, to wit, a gun, in violation of 18 United States Code, Sections 2113(a) and (d).

I hereby certify that the foregoing is true and correct. Executed this 24th day of September, 2004.

ROBERT RICE, Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before me this 24th day of September, 2004.

Hon. Lawrence P. Cohen
UNITED STATES MAGISTRATE JUDGE

☙JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**   Category No. __II__   Investigating Agency __FBI__

City __Malden__   **Related Case Information:**

County __Middlesex__   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __FRANK R. BOWMAN, JR.__   Juvenile ☐ Yes ☒ No

Alias Name __unknown__

Address __19 Waters Avenue, Everett, MA__

Birth date: __1971__   SS#: __8610__   Sex: __M__   Race: __Caucasian__   Nationality: __USA__

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Paul R. Moore__   Bar Number if applicable __632312__

Interpreter: ☐ Yes ☒ No   List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: September 24, 2004   Signature of AUSA: _/s/ R._____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy _____

**Name of Defendant**     FRANK R. BOWMAN, JR.

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 2113(a),(d) | Armed Bank Robbery | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**District Court Case Number**  (To be filled in by deputy   _____

**Name of Defendant**    <u>FRANK R. BOWMAN, JR.</u>

**ADDITIONAL INFORMATION:**  _____

_____

_____

_____

_____

js 45 - Armed Bank Robbery - 2004 - Bowman.wpd - 3/13/02