AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____ District of _____

**APPEARANCE**

CASE NUMBER: M00066·LPC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

USA   v.   Bowman, Frank R Jr.

I certify that I am admitted to practice in this court.

Sept 27, 2004
Date

*[Signature]*
Signature

Charles A. Clifford    086700
Print Name             Bar Number

305 Main Street
Address

Charlestown,  Ma    02129
City            State    Zip Code

(617) 241-7440    (617) 241-5014
Phone Number      Fax Number