AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

FRANK R. BOWMAN, JR.

SSN: 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
DOB: August 27, 1971

**WARRANT FOR ARREST**

CASE NUMBER: 04-mj0066-LPC

*[Stamp: FILED IN CLERKS OFFICE 2004 OCT -1 P 4:04 U.S. DISTRICT COURT DISTRICT OF MASS.]*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____FRANK R. BOWMAN, JR._____
                                                              Name

and bring him forthwith to the nearest magistrate to answer a(n)

*[Stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2004 SEP 24 P 12:31]*

☐ Indictment   ☐ Information   X Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Armed Bank Robbery;**

in violation of Title __18__ United States Code, Section(s) __2113( (d)__ ;

__Laurence P. Cohen__                           __U.S. Magistrate Judge__
Name of Issuing Officer                          Title of Issuing Officer

__[signature]__                                 __September 24, 2004 - Boston, MA__
Signature of Issuing Officer                     Date and Location

Bail fixed at $ _____   by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY FBI |
| ARREST/ARRAIGNMENT OF THE DEFENDANT ON 9/28/04 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |