AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

UNITED STATES
V.
FRANK BOWMAN, JR

**EXHIBIT AND WITNESS LIST**

Case Number: MJ 04-66

| PRESIDING JUDGE<br>COHEN | PLAINTIFF S ATTORNEY<br>MOORE | DEFENDANT S ATTORNEY<br>CLIFFORD |
|---|---|---|
| TRIAL DATE (S)<br>DETENTION HRG - 10/1/04 | COURT REPORTER | COURTROOM DEPUTY<br>MS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 10/1/04 |  |  | WITNESS - SPECIAL AGENT RICE - FBI |
| 1 |  | 10/1/04 |  |  | AFFIDAVIT OF FBI AGENT - JUDICIAL NOTICE |
| 2 |  | 10/1/04 |  |  | PHOTO OF FRANK CARBONE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages